# UNITED STATES DISTRICT COURT
## PROBATION OFFICE
# DISTRICT OF NEW JERSEY

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**WILFREDO TORRES**
SENIOR DEPUTY CHIEF PROBATION OFFICER

DEPUTY CHIEF PROBATION OFFICERS
**MATTHEW F. MILLER**
**THOMAS C. MILLER**

November 16, 2007

SUPERVISION UNIT
20 WASHINGTON PLACE
6TH FLOOR
NEWARK, NJ 07102-3172
(973) 645-6161
FAX: (973) 645-2155

www.njp.uscourts.gov

The Honorable Katharine S. Hayden
United States District Court
Martin Luther King, Jr. U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

RE: Goodman, James
Dok.No.: 05-CR-327-01

Dear Judge Hayden:

On September 6, 2005, the above captioned offender was sentenced on the charge of theft of U.S. Mail to 24 months imprisonment with three years of supervised release to follow. Special conditions included drug testing and treatment, financial disclosure, and DNA testing. Goodman was released from federal custody on April 18, 2006.

On April 27, 2007, the Court was informed of the offender's continued drug use, and non-compliance with reporting to the Probation Office via a Probation Form 12A, " Report on Offender Under Supervision." At that time, the offender's level of supervision and treatment were increased.

We now advise the Court of Goodman's continued non- compliance. The offender has resumed drug use, failed to attend drug treatment, failed to keep his reporting schedule, and was re-arrested on shoplifting charges. In addition, the offender has moved from his reported address and we are unaware of his current whereabouts.

Based on the offender's criminal history and chronic heroin addiction, it is felt that he poses a risk to himself and the community. As such, we respectfully request issuance of a warrant. Enclosed, please find the 12C Petition. If Your Honor concurs, kindly sign and return to our office.

We remain available, should Your Honor wish to discuss the above matter. I may be reached at (973) 645-4754.

The Honorable Katharine S. Hayden
Page 2
November 16, 2007

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Norma de Armas
    Senior U.S. Probation Officer

REVIEWED AND APPROVED:

Carolee Grazioso, Supervising
U.S. Probation Officer

cc: Matthew Miller
    DCUSPO/Liaison Officer

RECEIVED

NOV 29 2007

CHIEF U.S. PROBATION OFFICE
DISTRICT OF NJ

PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: James Goodman　　　　　　　　　　　　　　　　Cr.: 05-CR-327-01

Name of Sentencing Judicial Officer: Katharine Hayden

Date of Original Sentence: 09/06/05

Original Offense: Theft of U.S. Mail

Original Sentence: 24 months imprisonment to be followed by 3 years of supervised release include drug treatment and testing, DNA testing, and financial disclosure.

Type of Supervision: Supervised Release　　　　　　　　　　Date Supervision Commenced: 04/18/06

Assistant U.S. Attorney: Mark Larkins　　　　　　　　　　　　　Defense Attorney: Kevin Carlucci

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender has violated the supervision condition which states **'You shall not commit another federal, state, or local crime.'**<br><br>On September 9, 2007, the offender was arrested by the Union Police and charged with shoplifting a 15" digital television ($299 value) from the Target Department Store. |
| 2 | The offender has violated the supervision condition which states **'You shall notify the probation officer within 72 hours of being arrested or questioned by a law enforcement officer.'**<br><br>On September 9, 2007, the offender was arrested on the charge of shoplifting. The offender failed to notify the probation officer of this arrest. |
| 3 | The offender has violated the supervision condition which states **'You shall report to the probation officer as directed by the Court or probation officer, and shall submit a truthful and complete written report within the first five days of each month.'**<br><br>(a) The offender failed to report to the probation office on September 11, 2007, October 16, 2007, October 23, 2007, and anytime thereafter.<br><br>(b) The offender has failed to submit monthly supervision reports since April 2007. |

| | |
|---|---|
| 4 | The offender has violated the supervision condition which states '**You shall notify the probation officer within 72 hours of any change of residence or employment.**' |

The offender moved from his residence of 81 Neptune Ave, Jersey City, NJ and has failed to provide a current address.

| | |
|---|---|
| 5 | The offender has violated the supervision condition which states '**The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**' |

(a) The offender reverted to drug use as evidenced by his own admission and by drug test results positive for drug use.

On April 12, 2007, June 28, 2007, and August 8, 2007 the offender tested positive for morphine; On April 30, 2007, the offender admitted to abusing heroin and signed a drug admission form.

(b) The offender has failed to keep any outpatient drug treatment appointments at Khaleidoscope Health Care since September 21, 2007.

(c) The offender has failed to adhere to his code-a-phone (random urine testing) schedule at Khaleisdocope Health Care on September 6, 2007, September 11, 2007, October 12, 2007, and anytime thereafter.

I declare under penalty of perjury that the foregoing is true and correct.

By: Norma de Armas
Senior U.S. Probation Officer
Date: 11/9/07

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons. Date of Hearing: _____.
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11-27-07
Date