UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA : Hon. Katharine S. Hayden

v. : Crim. No. 05-327

James Goodman : O R D E R

This matter having come before the Court on the petition of the United States Probation Office for a hearing regarding the failure of defendant James Goodman (Kevin Carlucci, Assistant Federal Public Defender, appearing) to comply with certain conditions of supervised release imposed on April 18, 2006; and the defendant having waived the preliminary hearing and having entered a guilty plea on July 15, 2009 to having violated a condition of his supervised release as set forth in Violation No. 1(b) of the Violation of Supervised Release Report dated May 29, 2009, which required that he not commit another federal, state, or local crime; and for good cause shown;

IT IS on this 31st day of July, 2009,

ORDERED that the defendant is adjudged guilty of having violated a condition of his supervised release as set forth in Violation No. 1(b) of the Violation of Supervised Release Report dated May 29, 2009, which required that he not commit another federal, state, or local crime; and for good cause shown;

IT IS FURTHER ORDERED that the term of supervised release is hereby revoked;

IT IS FURTHER ORDERED that the defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a period of six (6) months for his violation of a condition of supervised release as set forth in Violation No. 1(b) of the Violation of Supervised Release Report dated May 29, 2009, which required that he not commit another federal, state, or local crime;

IT IS FURTHER ORDERED that Violation Nos. 1(a), 2, 3, 4, 5 and 6 of the Violation of Supervised Release Report dated May 29, 2009, are hereby dismissed;

IT IS FURTHER ORDERED that the defendant shall not serve a term of supervised release upon the completion of the term of imprisonment herein ordered; and

IT IS FURTHER ORDERED that all other conditions of the judgment of conviction entered in this matter shall remain in full force and effect.

_____
HONORABLE KATHARINE S. HAYDEN
United States District Judge